Argued and submitted December 22, 1998, vacated and remanded in part; otherwise affirmed April 21, 1999

## STATE OF OREGON,
*Respondent,*

*v.*

## STEVEN WILLIAM NIDA,
*Appellant.*

(98C40834; CA A101273)

979 P2d 313

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Armstrong, Judge.

PER CURIAM

Order of restitution vacated and remanded for reconsideration; otherwise affirmed. *State v. Nguyen*, 157 Or App 52, 969 P2d 1046 (1998).

---

* Deits, C. J., *vice* Warren, P. J., retired.